## Exhibit A to the Complaint

**Location:** Washington Crossing, PA  
**Total Works Infringed:** 24  

**IP Address:** 71.224.76.182  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 213DF7D1428C1419F9A8A1CBEF12F4E97382EB80<br>File Hash:<br>043552A5F8DA1B4EF9792D6B63059CA4FD54283A1B253AE118AF8289289488C7 | 03/11/2024 12:58:43 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 2 | Info Hash: BD29601722189261943841EDFCCB4C1C4BFC8433<br>File Hash:<br>19AEC789B6F6F6155CEC0E85AD9615026038522CFBA1A058B3B5BDC1186DDC0E | 02/22/2024 02:21:44 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 3 | Info Hash: 23F6D2906E0BE5CFE2667634849732510DA2F987<br>File Hash:<br>04F9E1EA6B0FBE703D03781A554779D3CA063722F9947406D167A4E0FD355F62 | 02/17/2024 13:31:16 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 4 | Info Hash: 26D49A030AA4241D7A2AFD3E0526815AFB9BBF2D<br>File Hash:<br>03ECBB915D950D36741E845D7FBAB7AE5DAF6066FEBB673BE8EEC6E1DF142712 | 02/05/2024 03:48:50 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 5 | Info Hash: 937CA6C2D1E53F2F29A32734DDA8F2B3744707DD<br>File Hash:<br>F2C1172DE176DC40EDD4E8D7E500086C00135AA5C92C54973C49E80FAD8A6CE0 | 01/30/2024 22:13:48 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 6 | Info Hash: 6DDD333FB305CDB56B395151441F571AB8C621EA<br>File Hash:<br>306B202A7E8F7E411B85C74C8ADC83F7A001A3558F55BB8E2B7FF7447A73DAE5 | 01/28/2024 21:17:43 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 7 | Info Hash: 3EF3D896C2EF3078D16AA7CDACC6D51BCE99D22A<br>File Hash:<br>EAE9E7EE4C15EE93867122F45C9D3D80372A199520C836EBCF75FA233E9BBD8E | 12/26/2023 20:51:03 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 8 | Info Hash: 2DFC524A00D33855EE295C15804EA5D18C92B522<br>File Hash:<br>10949CAA714DB3CC7164F447B82DD1D749A261FC8689BEABE9C8D12BF7B3AF8A | 11/20/2023 03:57:42 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 9 | Info Hash: 402F1C3CD886EFD5B491ECECC639355DD3054936<br>File Hash:<br>7EEC74109DDE1503D1C0B30825D07CE9C141CED43EAC70EF41D39591D99DE9F3 | 11/13/2023 03:35:36 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 10 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash:<br>F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 10/17/2023 14:55:30 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 11 | Info Hash: F682DFBEE6EF45485F282FEB3D208FC5EBF989A2<br>File Hash:<br>51F0B8926051C051BC261B8C290E63F41FF433D3CB081D41C34F057659FEFB3A | 08/22/2023 01:18:22 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 20D3DA35539DAE509DA3033B5B75F41D6587733B<br>File Hash:<br>22AE76A6C9190A96CC1EA90BBE445F1851F1FB5BCE92115A453987AE878C7D2A | 08/06/2023<br>16:43:24 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 13 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/26/2023<br>03:33:26 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 14 | Info Hash: C72A7DEC93F48C082D9DDF6D402657E931627D62<br>File Hash:<br>8FC3E70FEEA7D9FFD22DDDBA5B1C3EE8B1E80CEFD80EA601F8BA94AF7333517E | 04/28/2023<br>20:31:04 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 15 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02/06/2023<br>00:21:27 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 16 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash:<br>1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 12/02/2022<br>19:43:51 | Blacked Raw | 11/30/2022 | 01/10/2023 | PA0002389625 |
| 17 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash:<br>0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10/25/2022<br>00:02:14 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 18 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10/24/2022<br>15:34:00 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 19 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash:<br>EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10/24/2022<br>15:28:58 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 20 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash:<br>EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05/23/2022<br>11:41:43 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 21 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash:<br>F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02/16/2022<br>01:09:39 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 22 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash:<br>B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02/09/2022<br>02:29:30 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 23 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02/09/2022<br>02:24:12 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0F3369D56C12420526363EBE5C492385B9FDE5DE<br>File Hash:<br>2279D39687C78A02AD890FFC3B774535F38F009FC1B4BA4888B405D8B184D831 | 11/15/2021 14:38:44 | Blacked | 11/13/2021 | 12/09/2021 | PA0002325812 |